IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-20990
_____


BENTON MUSSLEWHITE, and all
Others Similarly Situated,

                                                    Plaintiff,

BENTON MUSSLEWHITE,

                                        Plaintiff-Appellant,

                          versus

STATE BAR OF TEXAS;
COMMISSION FOR LAWYER DISCIPLINE;
ANTONIO ALVARADO; STEVE YOUNG;
PETRA CONTRERAS; JAMES M. McCORMACK;
LONNY MORRISON; BROADUS SPIVY;
CHARLES L. SMITH; DAVIS EVANS,
Chairman, in his official capacity,

                                        Defendants-Appellees.


_____

Appeal from the United States District Court
For the Southern District of Texas
(H-99-CV-429)
_____

December 7, 2000

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.  *See* 5TH CIR. R. 47.6.

_____

        [*] Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.